UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL PHILLIPS,<br><br>   Petitioner,<br><br>  v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>   Respondent. | CASE NO. ED CV 12-1590-VAP (PJW)<br><br>J U D G M E N T |

  Pursuant to the Order Dismissing Petition Without Prejudice,

  IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

  DATED: 9/25/12 .

*(signed)*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\PHILLIPS, E 1590\Judgment.wpd